UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LOUIS SEAN BODWAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:15-CV-1334-AGF |
| | ) |
| BRENDA MALLARD, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court, *sua sponte*, on review of the file.

On November 9, 2015, the Court ordered plaintiff to submit, on or before December 14, 2015, a certified inmate account statement for the six-month period immediately preceding the filing of this action, as well as an amended complaint on a Court-provided form, in accordance with the explicit instructions set forth in the Court's Memorandum and Order [Doc. #4]. On November 30, 2015, the Court received from plaintiff a letter dated November 14, 2015, stating that he had been "released from the City Workhouse" and notifying the Court of a change of address [Doc. #5]. On December 1, 2015, the Court's November 9, 2015 Memorandum and Order was returned as "undeliverable."

Under these circumstances, plaintiff will be granted additional time in which to file an amended complaint, in accordance with the specific instructions set forth in the

November 9 Memorandum and Order. Because plaintiff is no longer incarcerated, he need not submit a certified copy of his inmate account statement; however, he will be ordered to complete a Form CJA-23 Financial Affidavit.

Accordingly,

**IT IS HEREBY ORDERED** that, **on or before February 5, 2016**, plaintiff shall file an amended complaint, in accordance with the Court's November 9, 2015 Memorandum and Order.

**IT IS FURTHER ORDERED** that, **on or before February 5, 2016**, plaintiff shall complete and submit Form CJA-23 Financial Affidavit.

**IT IS FURTHER ORDERED** that plaintiff's failure to comply with the instant Memorandum and Order will result in the dismissal of this action, without prejudice and without further notice.

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide plaintiff with a copy of the Court's November 9, 2015 Memorandum and Order [Doc. #4], as well as Form CJA-23 Financial Affidavit.

Dated this 21st day of January, 2016.

_/s/ Audrey G. Fleissig_
**UNITED STATES DISTRICT JUDGE**